

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-0501-14

**DAMIAN HERNANDEZ CORTEZ, Appellant**

**v.**

**THE STATE OF TEXAS**

### ORDER PURSUANT TO TEXAS RULES OF APPELLATE PROCEDURE 9.10

**Per curiam.**

### ORDER

This cause is before this Court on petition for discretionary review from trial court case number 62,862-D in the 320th District Court of Potter County.

Pursuant to Texas Rules of Appellate Procedure 9.10(c), the Clerk has identified sensitive data or sealed material in the record and the parties have been notified. Therefore, pursuant to Rule 9.10(f) the following records are ordered sealed or redacted. The trial court clerk, court of appeals or any entity possessing these documents shall seal or redact the

documents pursuant to this order.

List documents or exhibits.

Sealed - Reporters Record Volume 7 (Exhibits)

Redact sensitive data or seal entire volume  - Reporter's Record Volume 4 (bank, telephone and other identification numbers are located in pages 29, 30, 31, 32, 35, 37, 49, 50, 53, 54 and 55)

Delivered: JULY 10, 2014

Do not publish